UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **Cheramie** | **Civil Action No. 09-0376** |
| vs. | **Judge Tucker L. Melançon** |
| **Rodi Marine LLC** | **Magistrate Judge Hill** |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that within ten (10) days of the entry of this Order, former defense counsel, Michael John Deblanc, Jr. shall pay the sum of $750.00 to the Clerk of this Court, said sum representing sanctions imposed by the Court pursuant to F.R.C.P. 16(f) for plaintiff's failure to comply with Orders of the Court regarding the proper and timely submission of the Rule 26(f) Report.

**IT IS FURTHER ORDERED** that no sanctions be imposed against plaintiff's counsel, Nicholas F. Larocca, Jr.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 26th day of July, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE